DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| | | | |
|---|---|---|---|
| 282P16-2 | Jeremy Bruns and Jenny Bruns v. Rhonda Bryant, Dalton Bryant, Sr., Dalton Bryant, Jr., Pat McCrory, as Governor of North Carolina, Frank Perry, as Secretary of the North Carolina Department of Public Safety, Anthony Tata, as Secretary of the North Carolina Department of Transportation, Veronica McClain, USAA, and State of North Carolina | Plts' *Pro Se* Motion to Reconsider PDR Under N.C.G.S. § 7A-31(a) and *Writ of Mandamus* Under Rule 22 | Denied |
| 284P16 | State v. Jaronta Raynor | Def's *Pro Se* Motion of Dismissal | Dismissed |
| 285P16 | State v. Ceasar Jones | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of the COA (COAP13-558) | Dismissed |
| 289P16 | State v. Brian Jack Frazier | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1089) | Denied |
| 291P16 | State v. John Frede Sabbaghrabaiotti | 1. State's Motion for Temporary Stay (COA15-1028)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/10/2016** Dissolved **12/08/2016**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as moot |
| 292P16 | State v. Ramon A. Black | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1283) | Denied |
| 293P16 | Sammie Ray Usher, Jr. v. The Charlotte-Mecklenburg Hospital Authority | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-880) | Denied |
| 294P16 | State v. Dragan Blazevic | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1343) | Denied |